443 A.2d 368

Coleman, Appellant v. Katz, et al.

Argued January 20, 1982.   Allen L. Feingold, for appellant;   Charles W. Craven, for Katz, appellees;   John Thomas Quinn, for Canning, appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The order dated May 14, 1981 is affirmed.